# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3874
Lower Tribunal No. 2019-CA-013022-O

_____

ELEGUAS TRUCKING, INC.,

Appellant,

v.

IVONNE MARIE LLOPIZ FONTANEZ, as Personal Representative of the ESTATE OF SAILE REYES GONZALEZ,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
A. James Craner, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and MIZE, JJ., concur.


Therese A. Savona, of Cole, Scott & Kissane, P.A., Orlando, for Appellant.

Andrew A. Harris and Grace Mackey Streicher, of Harris Appeals, P.A., Palm Beach Gardens, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED